IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>    **Plaintiff,**<br><br>    v.<br><br>**JOSE A. HERNANDEZ-HERNANDEZ (1),**<br><br>    **Defendant**. | **CRIMINAL NO. 15-286 (PAD)** |

**ORDER**

The court has evaluated the Report and Recommendation made by U.S. Magistrate Judge Silvia Carreño-Coll regarding the Rule 11 proceeding of defendant, José Antonio Hernández-Hernández (Docket No. 136), to which no objections have been filed. The court finds the plea entered by the defendant was knowingly, voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty. The plea is therefore accepted and the defendant is adjudged guilty as to Count One, Two, Seven and Eight of the Information.

The court notes that a Presentence Investigation Report was ordered (Docket No. 131). The Sentencing Hearing is set for October 14, 2016 at 9:30 a.m. The parties shall file their sentencing memoranda not later than October 4, 2016.

**SO ORDERED.**

In San Juan, Puerto Rico, this 21st day of June, 2016.

S/Pedro A. Delgado-Hernández
PEDRO A. DELGADO HERNANDEZ
United States District Judge